# PLACEHOLDER

Government's Exhibit 1
Video file