Eligible
10-11-25

901·283·5826

BP-A0460          CONDITIONS OF HOME DETENTION      CDFRM
JUNE 10
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

Resident **Lontrell Williams**                    Register Number **52490-509**

I understand that my placement on Home Detention status is a privilege which may be revoked by the Community Corrections Manager (CCM). I understand that any violation of Home Detention Conditions, or conduct or activity which reflects a disregard for the rights of others, shall be sufficient cause to revoke my Home Detention and/or terminate my Residential Re-Entry Center (RRC) program participation

I understand and agree to abide by the following conditions during my period of Home Detention:

1. I will reside at my approved residence at ▮▮▮ Wind Rose Avenue, Plano, TX 75074.

2. I will conduct myself in a lawful manner.

3. I will accept phone calls from RRC/Probation Staff, verifying my presence at my home and at my job site. I agree to maintain a telephone at my place of residence without "call forwarding," or "three-way calling" for this period and will, when requested, provide copies of my telephone bill to the Center/Probation staff. I also agree that if my confinement is to be electronically monitored, I will wear any electronic monitoring device required, follow procedures specified, and comply with any telephone and computer access restrictions as they apply to the monitoring device requirements.

4. I will accept the visits of RRC/Probation personnel to my job site and home.

5. I will return to the RRC/Probation at least ___2X___ weekly for routine progress reviews and program participation, and more often if instructed to do so.

6. I understand I must continue mental health/psychiatric treatment, substance abuse treatment, sex offender treatment while on Home Detention.

7. I will not own or possess any deadly weapon or knowingly be in the company of a person possessing the same.

8. I will remain steadily employed at ___TBD___ and will not change employment without prior approval of RRC/Probation staff

9. I will not knowingly associate with persons having a criminal record, nor frequent places where illegal activities are conducted.

10. I will not drink alcoholic beverages of any kind; nor will I enter any establishments, such as bars or liquor stores, where the sale and/or consumption of alcoholic beverages on the premises is the primary business of the establishment.

11. Except as medically authorized, I will not use or possess narcotics, or other controlled substances, nor be in the presence of persons possessing the same.

12. I agree that during the Home Detention period, I will remain at my place of residence, except for employment, unless I am given specific permission to do otherwise.

13. I will not own or drive a motor vehicle without proper authorization.

14. I will abide by special instructions given to me by the RRC/Probation, e.g., electronic monitoring program participation.

15. I will submit to urinalysis or alcohol testing as requested by the RRC/Probation. I understand that ingestion of poppy seed food products may result in positive test results for unauthorized drug use and is therefore prohibited.

16. I agree to pay subsistence for the cost of my participation in Home Detention.

17. I understand that I am personally responsible for all costs of my housing, meals, and general subsistence, while I am on Home Detention.

I fully understand that willful failure to report as required, unauthorized change of residence, employment, or failure to otherwise inform Center staff of my whereabouts, could constitute an escape from federal custody.

| | | |
|---|---|---|
| Resident's Signature | _[signature]_ | Date 10/15/24 |
| Approved (RRC Director) | _[signature]_ for Sales | 10-31-25 |
| Approved (CCM) | Sean Smith  K. Hollins for | 10-31-2025 |

Record Copy – To CCM – Community Corrections Manager; Copy – To RRC – Residential Re-Entry Center; Copy – To USPO – U.S. Probation Officer

PDF                    Prescribed by P7320              Replaces BP-460(73) of DEC 93

Produce Pursuant to Protective Order

GOV__00000150

Logged in as: mjohnson    Help    Log Out

## Lontrell Williams

ACTIVE ⓘ



**REG #:** 52490-509
**Date of Arrival:** 10/09/2025
**Program:** Hutchins - Home Detention /Pre
**Bed:** No Bed
**Counselor:** Cynthia Evans
**Phase System Level:** Level 6  (100)

| Enter search term... | Search |
| --- | --- |

All Residents

Hutchins HD

⇦ Prev                    Next ⇨

Building / Unit

Hutchins HD



Form

**Form Type:** 1 -Client Intake and Orientation Acknowledgements

### Client Intake and Orientation Acknowledgements

Intake Staff

Benjamin

I agree to participate in all programming while a client here and understand such participation may be a determining factor for continued residence and movement through program levels.

Client Initials

Produce Pursuant to Protective Order



10/09/2025 17:33

Sign

**Staff Initials**



10/09/2025 15:19

Sign

I understand it is my responsibility to complete my intake with each staff person listed on my intake checklist and, once completed, to turn-in my intake checklist to my case manager.

Client Initials                                    Staff Initials

10/09/2025 17:34                              10/09/2025 15:18

Sign                                              Sign

I agree to participate in any and all testing for the use of controlled substances and alcohol. Testing will include breath samples and collecting urine from me on a regular/random basis or when use is suspected.

Client Initials                                    Staff Initials

10/09/2025 17:34                              10/09/2025 15:19

Sign                                              Sign

I agree not to consume products that contain poppy seeds or alcohol and, further, understand the consumption of such products will not be an acceptable defense for positive drug or alcohol tests.

Client Initials                                    Staff Initials

Produce Pursuant to Protective Order

GOV_ _00000152



10/09/2025 17:34                      10/09/2025 15:19

Sign                                        Sign

I understand that a positive test for the use of an illegal controlled substance or alcohol may result in my removal from the program.

Client Initials                         Staff Initials

10/09/2025 17:34                      10/09/2025 15:20

Sign                                        Sign

I agree to pay my subsistence fee in full, once I am employed or have another source of income, each and every pay period. I understand the subsistence fee is 25% of my gross income rounded down to the dollar and during the latter part of my placement I will be liable for paying a prorated subsistence fee.

Client Initials                         Staff Initials

10/09/2025 17:34                      10/09/2025 15:20

Sign                                        Sign

I understand my whereabouts must be verifiable at all times and that if, for any reason, my whereabouts cannot be ascertained within twenty (20) minutes then the BOP will be notified and I may be placed on escape status.

Client Initials                         Staff Initials

10/09/2025 17:35                      10/09/2025 15:20

Sign                                        Sign

Produce Pursuant to Protective Order

I have been issued a client handbook and agree to abide by the BOP prohibited acts, house rules and other listed procedures contained therein.

Client Initials

Staff Initials

10/09/2025 17:35

10/09/2025 15:20

Sign

Sign

I understand that VOATx/BOP staff is not responsible for the care of my belongings or money while I am housed here, if I absent myself, or if I am terminated from the program without making arrangements for my property and money to be retrieved.

Client Initials

Staff Initials

10/09/2025 17:35

10/09/2025 15:21

Sign

Sign

I have read or had read to me the following, understand them, and have been given copies (within the client handbook):

☐ No    ☑ Yes

Intake Acknowledgments

Client Initials

Staff Initials

10/09/2025 17:35

10/09/2025 15:21

Sign

Sign

Property Agreement

Client Initials

Staff Initials

Produce Pursuant to Protective Order



10/09/2025 17:35                    10/09/2025 15:21

[ Sign ]                            [ Sign ]

Emergency Evacuation Plan

Client Initials                     Staff Initials

10/09/2025 17:36                    10/09/2025 15:21

[ Sign ]                            [ Sign ]

Facility House Rules and Sanctions

Client Initials                     Staff Initials

10/09/2025 17:36                    10/09/2025 15:22

[ Sign ]                            [ Sign ]

Visitation Procedures and Rules

Client Initials                     Staff Initials

10/09/2025 17:36                    10/09/2025 15:23

[ Sign ]                            [ Sign ]

BOP Prohibited Acts and Sanctions

Client Initials                     Staff Initials

Produce Pursuant to Protective
Order                                              GOV__00000155



10/09/2025 17:36                     10/09/2025 15:23

[ Sign ]                            [ Sign ]

**VOATx Notice of Privacy Practices**

Client Initials                     Staff Initials



10/09/2025 17:37                     10/09/2025 15:23

[ Sign ]                            [ Sign ]

**Failure to Pay Fees Acknowledgement**

Client Initials                     Staff Initials



10/09/2025 17:37                     10/09/2025 15:24

[ Sign ]                            [ Sign ]

By my signature below I acknowledge I have read or had to me each above section and agree to abide by all. I also acknowledge I have had the opportunity to ask questions of intake staff which were answered or, if unable to be answered, I was informed of whom to direct my question(s) to.

Client Signature

Date

10/9/2025    📅

10/09/2025 17:37

[ Sign ]

[ Save ]  [ Cancel ]

Produce Pursuant to Protective Order

GOV_ _00000156

Produce Pursuant to Protective Order

GOV_00000157

Case 3:26-cr-00211-N  Document 132-3  Filed 06/24/26  Page 8 of 8  PageID 1301

# NEW INTAKE ORIENTATION CHECK LIST

| CLIENT NAME: Lontrell Williams | Signature | 52990509 Register # | 10-8-25 DATE: | TIME: |

## STEP 1: INTAKE PROCESSING

| | |
|---|---|
| (A). Arrival documented and log | (I). Prohibited Acts |
| (B). Assigned bed, issue linen, and locker/closet | (J). Grievance |
| (C). Issue Client Handbook | (K). Issue lock & Key |
| (D). Physical Description form | (L). Emergency Procedures/Evacuation Plans |
| (E). Requirement for Urine surveillance and Testing | (M). Responsibility of submitting Intake checklist |
| (F). Remind Client to schedule RDAP Appointment | (N). Notice of Privacy Practice (HIPPA Laws) |
| (G). Property Agreement Form | (O). PREA Information |
| (H). House Rules | (P). Medication Requirement (Over the counter & prescription medication) |

Benjamin _____ 10-09-25
Sign: Intake Coordinator _____ Date

## STEP 2: HEALTH SCREEN

(A). Intake Health Screening     (B). Universal Precautions

Nurse Signature _____ Date

## STEP 3: HEALTH EDUCATION

(A). Provide HIV/AIDS Education Training
(B). Provide Hepatitis B&C Education Training
(C). Provide Education on sexual abuse/assault issue &intervention

Nurse Signature _____ Date

## STEP 4: PREA SCREENING AND LSI-R ASSESSMENT

(A). Psych/Social Assessment & Suicide Prevention
(B). Transitional Skills Program Requirements (Booklet)
(C). Community Resources information & Person Responsible 10/15/25

Social Service Coordinator's Signature _____ Date

## STEP 5: EMPLOYMENT ORIENTATION

(A). EDP/Work History completed     (B). Job Skills Class Time
(C). Job Search Requirements explained.
J Harris _____ 10/16/25
Employment Specialist Signature _____ Date

## STEP 6: CASE MANAGER SUPERVISOR ORIENTATION

(A). General Information/Clients forms complete
(B). Begin Release Planning Time
(C). Set Established Weekly Meeting Time
(D). Answer or Clarify Questions
(E). Component Explanation and Assignment
(F). PREA Video
_____ 10-16-25
Case Manager Supervisor _____ Date

## STEP 7: INDIVIDUAL PROGRAM PLAN

(A). Goal and Individual Plan Complete
(B). Personal Management Challenges During RRC Residencial
(C). Establish Bi-Weekly Meeting Times
_____ 10-16-25
Case Manager Signature _____ Date

## STEP 8: FACILITY MANAGER ORIENTATION

(A). Facility Expectations
(B). SDS Sheet Education
(C). Morning Duty Requirements
(D). Explain Mealtimes (Early & Late Meals, Sack Lunches)
(E). Confirm Bed and Locker Assignment
(F). Line Day Requirements
(G). Handling of all Chemicals used by Clients at the Facility
KM _____ 10/16/25
Facility Manager Signature _____ Date

## STEP 9: Residential Monitor Supervisor

(A). Requirements for Urine and Surveillance and Test
(B). Requirements for Breathalyzer Testing
(C). Visitation Guidelines
(D). Contraband, Shopping Bags and incoming Packages.
_____ 10-16-2025
Residential Monitor Supervisor Signature _____ Date

## STEP 10: FACILITY DIRECTOR

(A). Program Requirements (Pass, Furloughs)
(B). Review Accountability (Significant Incidences, Escapes, & Consequences) Sign in/out procedures.
(C). House Rules/Prohibited Acts/ Extra Duty
(D). Grievance Procedures
RWL _____ 10-16-25
Facility Director's Signature _____ Date