

## Incident Report



**MAJOR Program Violation-110 Refusing to provide a urine sample; refusing to breathe**

| **Name:** | **Williams, Lontrell** | | | **Program:** Hutchins - Home Detention /Pre | |
|---|---|---|---|---|---|
| DOC #: | 52490-509 | Reg #: | 52490-509 | Incident ID: | 8402193-1 |
| SID#: | TN 04859222, | SBI #: | 901-658- | Incident Code: | 110 |
| Gallery #: | 74VCDPJW8 | | | Restriction: | None |
| Component: | PRE RELEASE | | | Reported by: | Jerry Morgan |
| Type of Offender: | BOP | | | Department: | None |
| | | | | Entered by: | Jerry Morgan |
| Place of Incident: | UA ROOM | | | Department: | None |
| Plea: | | | | Date Updated: | 11/9/25, 1:05PM |
| Staff Finding: | | | | Date of Incident: | 11/8/25, 1:39PM |
| Sanction Level: | | | | Date Staff was aware: | 11/9/25, 1:39PM |

### Default Description

110 Refusing to provide a urine sample; refusing to breathe

### Staff Comments

ON 11/9/2025, AT APPROXIMATELY 1:39PM, CLIENT LONTRELL WILLIAMS, REG #:52490-509, WAS ASKED TO PRODUCE A URINE SAMPLE. THE SAMPLE THAT WAS PROVIDED WAS COLD AND DID NOT READ BETWEEN 90-100 DEGREES. SUPERVISOR WAS NOTIFIED WHO THEN ADVISED TO WRITE UP AS A REFUSAL.

**Staff**                                      **Resident**

Reporting Center:        Hutchins RRC

                                    , TX

06/18/2026                                                                Page 1 of 1