# Incident Report



**MAJOR Program Violation-110 Refusing to provide a urine sample; refusing to breathe**

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | **Williams, Lontrell** | | | **Program: Hutchins - Home Detention /Pre** | |

| | | | | | |
|---|---|---|---|---|---|
| DOC #: | 52490-509 | Reg #: | 52490-509 | Incident ID: | 8402193-3 |
| SID#: | TN 04859222, | SBI #: | 901-658- | Incident Code: | 110 |
| Gallery #: | 74VCDPJW8 | | | Restriction: | None |
| Component: | Pre-release | | | Reported by: | Eunice Oyeyemi |
| Type of Offender: | BOP | | | Department: | Security |
| Place of Incident: | Hutchins 6pq Front Desk | | | Entered by: | Eunice Oyeyemi |
| | | | | Department: | Security |
| Plea: | | | | Date Updated: | 2/15/26, 4:35AM |
| Staff Finding: | | | | Date of Incident: | 1/30/26, 10:20PM |
| Sanction Level: | | | | Date Staff was aware: | 1/30/26, 10:20PM |

---

Default Description

110 Refusing to provide a urine sample; refusing to breathe

Staff Comments

On January 30, 2026 at approximately 6:19pm Client Williams, Lontrell reg #52490-509 was contacted by phone to remind him of his scheduled UA, having been notified earlier in the morning. The client did not answer the call. A second attempt was made at approximately 8.43pm, at which time the client stated that he was unable to secure transportation and would not be able to make it to the VOA. The client Williams, Lontrell reg #52490-509 did not report for the UA as scheduled.

**Staff**                                          **Resident**

Reporting Center:          Hutchins RRC

, TX