# Incident Report



## Other-309 Violating a condition of a community program.

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | **Williams, Lontrell** | | | **Program: Hutchins - Home Detention /Pre** | |
| DOC #: | 52490-509 | Reg #: | 52490-509 | Incident ID: | 8402193-4 |
| SID#: | TN 04859222, | SBI #: | 901-658- | Incident Code: | 309 |
| Gallery #: | 74VCDPJW8 | | | Restriction: | None |
| Component: | Pre-release | | | Reported by: | Cynthia Evans |
| Type of Offender: | | | | Department: | Case Manager |
| Place of Incident: | Hutchins | | | Entered by: | Cynthia Evans |
| | | | | Department: | Case Manager |
| Plea: | | | | Date Updated: | 3/24/26, 10:27PM |
| Staff Finding: | | | | Date of Incident: | 3/3/26, 7:35PM |
| Sanction Level: | | | | Date Staff was aware: | 3/3/26, 7:35PM |

### Default Description

309 Violating a condition of a community program.

### Staff Comments

On 03/03/2026 Client Lontrell Williams was scheduled for his biweekly and was reminded over the telephone that he has a biweekly due on 03/03/2026. The client was also sent by text another reminder, and the client still did not show up; therefore client has violated 309 of the community program.

**Staff**                                    **Resident**

Reporting Center:        Hutchins RRC

, TX

06/18/2026                                                    Page 1 of 1