# Incident Report



## MAJOR Program Violation-110 Refusing to provide a urine sample; refusing to breathe

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | **Williams, Lontrell** | | | **Program: Hutchins - Home Detention /Pre** | |

| | | | | | |
|---|---|---|---|---|---|
| DOC #: | 52490-509 | Reg #: | 52490-509 | Incident ID: | 8402193-5 |
| SID#: | TN 04859222, | SBI #: | 901-658- | Incident Code: | 110 |
| Gallery #: | 74VCDPJW8 | | | Restriction: | None |
| Component: | HOME DETENTION/PRE | | | Reported by: | Anquameshia Johnson |
| Type of Offender: | BOP | | | Department: | Security |
| Place of Incident: | HUTCHINS 6PQ | | | Entered by: | Anquameshia Johnson |
| | | | | Department: | Security |
| Plea: | | | | Date Updated: | 3/24/26, 10:26PM |
| Staff Finding: | | | | Date of Incident: | 3/22/26, 8:09PM |
| Sanction Level: | | | | Date Staff was aware: | 3/21/26, 8:09PM |

## Default Description

110 Refusing to provide a urine sample; refusing to breathe

## Staff Comments

Client was informed on March 21, 2026, in the morning that he needed to report to the VOA facility to provide a UA. Later that evening, the client was contacted by phone as a reminder to report again for the UA.

The client stated that he did not have transportation, as his producer was out of town. The client then asked if he could report first thing the following morning. I informed the client that I would need to obtain approval and would call him back.

After speaking with Ms. Blair regarding the situation, she approved the client reporting the next morning. I then contacted the client and informed him that he was required to report on March 22, 2026, at 10:00 AM. The client stated that he understood.

On March 22, 2026, at approximately 2001 , the client had not shown up.

**Staff**                                    **Resident**

Reporting Center:        Hutchins RRC

, TX

06/18/2026                                                                    Page 1 of 1