# Incident Report



## INCIDENT Report-316 Being in an unauthorized area without staff authorizatio

| | | | | |
|---|---|---|---|---|
| **Name:** | **Williams, Lontrell** | | | **Program: Hutchins - Home Detention /Pre** |

| | | | | |
|---|---|---|---|---|
| DOC #: | 52490-509 | Reg #: | 52490-509 | Incident ID: |
| SID#: | TN 04859222, | SBI #: | 901-658- | Incident Code: |
| Gallery #: | 74VCDPJW8 | | | Restriction: |

Incident ID:    8402193-2

Incident Code:    316

Restriction:    None

| | |
|---|---|
| Component: | Hutchins - Pre-Release/Pre |
| Type of Offender: | BOP |
| Place of Incident: | 3333 Preston Rd Suite 200, Frisco, TX 75034 |
| Plea: | |
| Staff Finding: | |
| Sanction Level: | |

| | |
|---|---|
| Reported by: | Maureen Leduc |
| Department: | Case Management |
| Entered by: | Maureen Leduc |
| Department: | Case Management |
| Date Updated: | 1/13/26, 7:33PM |
| Date of Incident: | 1/10/26, 2:02PM |
| Date Staff was aware: | 1/13/26, 2:02PM |

### Default Description

316 Being in an unauthorized area without staff authorizatio

### Staff Comments

OCS was called on client's homesite address in DNA. OCS noticed client was sitting in car in parking lot of client's apartment complex. Client was called and told to get in his apartment. Client's Home Zone was then adjusted to his apartment. OCS checked status of client half hour later around 2 PM and noticed client at an unapproved address, located at a shopping center with Best Buy and Magnolia Electronics. Client was called and told he needed to return home immediately per director Sales.

**Staff**                                    **Resident**

Reporting Center:        Hutchins RRC

, TX

06/18/2026                                            Page 1 of 1