

**Subject:** [EXTERNAL EMAIL] - Impact statement for bail denial from C.W

Dear Judge,

This is C.W., a victim and survivor from the incident that occurred on 01/10/26. First, I want to thank you for giving me the opportunity to provide my statement and response regarding the decision at hand concerning the bond for Lontrell Williams Jr.

I respectfully ask that Mr. Williams remain remanded with no bond due to the safety concerns for myself and my family. Mr. Williams was aware that I am a vested retired police officer, and that knowledge did not stop him from committing these actions. Because of this, I am deeply concerned about what he may attempt to do if he is released.

Out of all the victims involved in this case, I am the only one who lives in Texas, and I am extremely fearful of his ability to reach me or my family if he is granted bond. His actions show a disregard for the safety and well-being of others. These alleged crimes were committed while he was already under government-monitored release, which raises serious concerns for me about what would prevent him from causing further harm if given another opportunity.

Prior to this incident, Mr. Williams was given a second chance and was granted bail/bond with monitoring conditions. Despite those conditions, he was once again accused of committing another crime that resulted in a person being shot. My wife and I are both afraid of what his mindset may be if he is released.

Since the incident, I have found myself constantly watching vehicles passing by my home, worried that he or someone connected to him may attempt to harm me or my family. I have young children, and because of this fear, I have limited their ability to go outside and enjoy normal activities as they should.

Judge, I respectfully ask that you consider the safety and security of my family and me when making your decision regarding bond. I believe keeping Mr. Williams detained is necessary to protect us and prevent further harm.

Thank you for taking the time to hear my concerns.

Respectfully,

C.W.

Texas Victim and Survivor

Incident Date: 01/10/26