# Sign In/Out Log

| | | |
|---|---|---|
| RegNum: 52490-509 | | Start Date: 2025-10-05 |
| DOC #: 52490-509 | | End Date: 2026-04-02 |
| Inst. Status: Institutional Transfer | | Date Printed: 06/23/2026 |

| Schedule | | Destination | | Actual Log Out | | | Actual Log In | | | Breathalyzer/ Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Leave | Return | | | Date/Time | Resident | Staff | Date/Time | Resident | Staff | |
| 10/22/2025 09:30 | 10/22/2025 15:30 | Social Security (Malcolm X) 2530 S Malcolm X Blvd Dallas 75215 800-772-1213 | | 10/22/2025 09:57 | | | 10/22/2025 14:17 | | | client is going to get social he may need an extension |
| Common Contact | | Dep. Tran Car | Arr. Tran | Car | Lontrell | ▮ | | Lontrell Williams | ▮ | |
| 10/23/2025 14:30 | 10/23/2025 18:30 | SOCIAL SECURITY- CLIFF 2475 Cliff Creek Crossing Dr DALLAS 75237 | | 10/23/2025 14:36 | | | 10/23/2025 18:46 | | | CLIENT CALLED ETA IS 10 MINUTES |
| Common Contact | | Dep. Tran Car | Arr. Tran | Car | Lontrell | ▮ | | Lontrell Williams | ▮ | |
| 10/26/2025 09:30 | 10/26/2025 13:30 | Friendship West Baptist 616 W. Kiest Dallas 75224 (214) 374-1364 | | 10/26/2025 10:30 | | | 10/26/2025 13:27 | | | 2020 W Wheatland Rd Dallas, Tx 75232 972-228-5200 1030AM CLIENT IS AWARE OF RETURN TIME AND CALL TIMES. CLIENT IS AWARE THAT HE NEEDS TO RETURN BEFORE GOING ON ANOTHER PASS - DB |
| Common Contact | | Dep. Tran Car | Arr. Tran | Car | Lontrell | ▮ | | Lontrell Williams | ▮ | |
| 10/26/2025 14:00 | 10/26/2025 17:00 | Walmart- Short 200 Short Dallas 75232 972-232-6400 | | 10/26/2025 14:02 | | | 10/26/2025 17:21 | | | 238PM MSG LEFT FOR CLIENT TO PHONE VOA FOR 230PM CT - DB 1712 CLIENT STATES HE'S SEVEN MINUTES AWAY |
| Common Contact | | Dep. Tran Car | Arr. Tran | Car | Lontrell | ▮ | | Lontrell Williams | ▮ | |
| 10/31/2025 07:30 | 10/31/2025 13:00 | DPS (Dallas Mega Center) 3905 LBJ Service Rd Dallas 75232 | | 10/31/2025 08:40 | | | 10/31/2025 13:01 | | | appt at 8:45 1108 CALLED STILL AT DPS |
| Common Contact | | Dep. Tran Car | Arr. Tran | Car | Lontrell | ▮ | | Lontrell Williams | ▮ | |

| Schedule | | Destination | | Actual Log Out | | | Actual Log In | | | Breathalyzer/ Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Leave | Return | | | Date/Time | Resident | Staff | Date/Time | Resident | Staff | |
| 11/02/2025 10:00 | 11/02/2025 14:00 | True Life Fellowship Church 13420 Alexander Rd | | 11/02/2025 10:18 | | | 11/02/2025 14:10 | | | 1401 CALLED 15 MINUTES OUT ON THE WAY BROUGHT OUTSIDE FOOD GAVE THE OPTION TO THROW AWAY OR EAT OUTSIDE |
| Common Contact | | Balch Springs | 75181 | | | | | | | |
| | Dep. Tran | Pick Up | Arr. Tran | Pick Up | Lontrell | ▉ | | Lontrell Williams | ▉ | |
| 11/03/2025 10:00 | 11/03/2025 14:00 | DPS (Dallas Mega Center) 3905 LBJ Service Rd | | 11/03/2025 10:21 | | | 11/03/2025 14:05 | | | |
| Common Contact | | Dallas | 75232 | | | | | | | |
| | Dep. Tran | Car | Arr. Tran | Car | Lontrell | ▉ | | Lontrell Williams | ▉ | |
| 11/04/2025 12:00 | 11/04/2025 16:00 | VOA 800 W. Wintergreen Rd | | 11/04/2025 12:47 | | | 11/04/2025 16:11 | | | to go home from Hutchins 6PQ 1611 at 504PM MSG LEFT FOR CLIENT TO PHONE VOA FOR MONITOR ALERT - DB |
| Common Contact | | Hutchins 972-225-5472 | 75141 | | | | | | | |
| | Dep. Tran | POV | Arr. Tran | POV | Lontrell | ▉ | | Lontrell Williams | ▉ | |
| 11/06/2025 12:00 | 11/06/2025 16:00 | DPS Dallas 2000 39025 LBJ Frwy | | 11/06/2025 12:24 | | | 11/06/2025 16:07 | | | APPT AT 1:15 1208PM MSG LEFT FOR CLIENT TO PHONE VOA IF GOING OUT ON 1200 PASS - DB |
| Common Contact | | Dallas (972) 224-0265 | 75234 | | | | | | | |
| | Dep. Tran | Car | Arr. Tran | Car | Lontrell | ▉ | | Lontrell Williams | ▉ | |
| 11/06/2025 16:00 | 11/06/2025 20:00 | VOA 800 W Wintergreen Rd | | 11/06/2025 16:25 | | | 11/06/2025 20:07 | | | |
| Common Contact 972-225-5472 | | Hutchins | 75141 | | | | | | | |
| | Dep. Tran | Car | Arr. Tran | Car | Lontrell | ▉ | | Lontrell Williams | ▉ | |
| 11/08/2025 11:00 | 11/08/2025 14:00 | Walmart - Frisco 8555 Preston Rd | | 11/08/2025 11:28 | | | 11/08/2025 13:44 | | | |
| Common Contact | | Frisco 469-237-3768 | 75034 | | | | | | | |
| | Dep. Tran | Pick Up | Arr. Tran | Pick Up | Lontrell | ▉ | | Lontrell Williams | ▉ | |

| Schedule Leave | Return | Destination | | Actual Log Out Date/Time | Resident | Staff | Actual Log In Date/Time | Resident | Staff | Breathalyzer/ Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/08/2025 13:45 | 11/08/2025 15:00 | | | 11/08/2025 13:45 | | | 11/08/2025 15:04 | | | |
| Home Contact | | | | | | | | | | |
| | Dep. Tran | Bus | Arr. Tran | Bus | Lontrell | ▮▮▮ | | Lontrell Williams | ▮▮▮ | |
| 11/09/2025 16:41 | 11/09/2025 17:45 | VOA 800 W. Wintergreen Rd Hutchins    75141 972-225-5472 | | 11/09/2025 16:50 | | | 11/09/2025 17:44 | | | ENROUTE TO VOA TO COMPLETE TASK |
| Common Contact | | | | | | | | | | |
| | Dep. Tran | Bus | Arr. Tran | Bus | Lontrell | ▮▮▮ | | Lontrell Williams | ▮▮▮ | |
| 11/09/2025 17:45 | 11/09/2025 18:45 | | | 11/09/2025 17:45 | | | 11/09/2025 18:46 | | | CLIENT IS ENROUTE HOME FROM VOA |
| Home Contact | | | | | | | | | | |
| | Dep. Tran | Bus | Arr. Tran | Bus | Lontrell | ▮▮▮ | | Lontrell Williams | ▮▮▮ | |
| 11/10/2025 12:55 | 11/10/2025 17:45 | VOA 800 W. Wintergreen Rd Hutchins    75141 972-225-5472 | | 11/10/2025 16:00 | | | 11/10/2025 17:53 | | | |
| Common Contact | | | | | | | | | | |
| | Dep. Tran | Car | Arr. Tran | Car | Lontrell | ▮▮▮ | | Lontrell Williams | ▮▮▮ | |
| 11/18/2025 19:48 | 11/18/2025 23:00 | VOA 800 W. Wintergreen Rd Hutchins    75141 972-225-5472 | | 11/18/2025 19:48 | | | 11/18/2025 22:42 | | | |
| Common Contact | | | | | | | | | | |
| | Dep. Tran | Bus | Arr. Tran | Bus | Lontrell | ▮▮▮ | | Lontrell Williams | ▮▮▮ | |
| 11/19/2025 13:42 | 11/19/2025 17:00 | VOA 800 W. Wintergreen Rd Hutchins    75141 972-225-5472 | | 11/19/2025 13:42 | | | 11/19/2025 17:04 | | | |
| Common Contact | | | | | | | | | | |
| | Dep. Tran | Bus | Arr. Tran | Bus | Lontrell | ▮▮▮ | | Lontrell Williams | ▮▮▮ | |
| 11/28/2025 15:41 | 11/28/2025 17:41 | VOA 800 W Wintergreen Rd Hutchins    75141 | | 11/28/2025 15:41 | | | 11/28/2025 17:33 | | | CLIENT HEADED TO VOA FOR TASK |
| Common Contact 972-225-5472 | | | | | | | | | | |
| | Dep. Tran | Bus | Arr. Tran | Bus | Lontrell | ▮▮▮ | | Lontrell Williams | ▮▮▮ | |

| Schedule | | Destination | | Actual Log Out | | | Actual Log In | | | Breathalyzer/ Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Leave | Return | | | Date/Time | Resident | Staff | Date/Time | Resident | Staff | |
| 12/04/2025 12:00 | 12/04/2025 19:00 | Legacy West 5700 Legacy Dr Plano 75024 972-801-2772 | | 12/04/2025 12:12 | | | 12/04/2025 19:37 | | | |
| Job Search Contact | Dep. Tran | Car | Arr. Tran | Car | Lontrell | | | | Lontrell Williams | |
| 12/05/2025 12:00 | 12/05/2025 17:00 | Legacy West 5760 Legacy Dr Plano 75024 972-608-4131 | | 12/05/2025 15:21 | | | 12/05/2025 17:06 | | | |
| Job Search Contact | Dep. Tran | Car | Arr. Tran | Car | Lontrell | | | | Lontrell Williams | |
| 12/05/2025 17:00 | 12/05/2025 20:00 | Target 16731 N Coit Rd Dallas 75248 214-775-0206 | | 12/05/2025 17:06 | | | 12/05/2025 20:36 | | | target 16721 n coit rd dallas, tx 75248  2005 ETA IS ONE HR  2006 OCS WAS NOTIFIED |
| Other Contact | Dep. Tran | Car | Arr. Tran | Car | Lontrell | | | | Lontrell Williams | |
| 12/06/2025 14:00 | 12/06/2025 18:00 | Anytime Fitness 3131 Custer Rd Plano 75075 972-9439348 | | 12/06/2025 13:58 | | | 12/06/2025 18:09 | | | amytime fitness 31312 custer rd plano, tx 75075 |
| Other Contact | Dep. Tran | Car | Arr. Tran | Car | Lontrell | | | | Lontrell Williams | |
| 12/10/2025 07:30 | 12/10/2025 15:30 | Rose Aesthetics 8100 Dallas Pkwy Plano 75024 214-522-7870 | | 12/10/2025 07:48 | | | 12/10/2025 16:15 | | | |
| Other Contact | Dep. Tran | Car | Arr. Tran | Car | Lontrell | | | | Lontrell Williams | |
| 12/18/2025 16:24 | 12/18/2025 18:24 | VOA 800 W Wintergreen Rd Hutchins 75141 | | 12/18/2025 16:25 | | | 12/18/2025 17:51 | | | CLIENT HEADED TO VOA FOR TASK |
| Common Contact 972-225-5472 | Dep. Tran | Bus | Arr. Tran | Bus | Lontrell | | | | Lontrell Williams | |
| 12/18/2025 18:00 | 12/18/2025 20:00 | | | 12/18/2025 18:01 | | | 12/18/2025 20:20 | | | |
| Home Contact | Dep. Tran | Bus | Arr. Tran | Bus | Lontrell | | | | Lontrell Williams | |

| Schedule Leave | Return | Destination | | Actual Log Out Date/Time | Resident | Staff | Actual Log In Date/Time | Resident | Staff | Breathalyzer/ Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/19/2025 13:00 | 12/19/2025 18:00 | Luminous Sound 17120 Dallas Pkwy Dallas    75248 972-331-7040 | | 12/19/2025 14:27 | | | 12/19/2025 17:04 | | | |
| Job Search Contact | | | | | | | | | | |
| | Dep. Tran | Car | Arr. Tran | Car | Lontrell | | | | Lontrell Williams | |
| 12/22/2025 13:00 | 12/22/2025 18:00 | Luminous Sound 17120 Dallas Pkwy Dallas    75248 972-331-7040 | | 12/22/2025 13:08 | | | 12/22/2025 17:55 | | | |
| Job Search Contact | | | | | | | | | | |
| | Dep. Tran | Car | Arr. Tran | Car | Lontrell | | | | Lontrell Williams | |
| 12/22/2025 18:00 | 12/22/2025 19:30 | VOA 800 W. Wintergreen Rd Hutchins    75141 972-225-5472 | | 12/22/2025 17:58 | | | 12/22/2025 19:39 | | | |
| Common Contact | | | | | | | | | | |
| | Dep. Tran | Bus | Arr. Tran | Bus | Lontrell | | | | Lontrell Williams | |
| 12/22/2025 19:39 | 12/22/2025 21:30 | | | 12/22/2025 19:40 | | | 12/22/2025 21:14 | | | CLIENT IS LEAVING VOA HEADING HOME. |
| Home Contact | | | | | | | | | | |
| | Dep. Tran | Bus | Arr. Tran | Bus | Lontrell | | | | Lontrell Williams | |
| 12/29/2025 21:45 | 12/29/2025 23:59 | | | 12/29/2025 21:49 | | | 12/30/2025 00:02 | | | Client is headed to Dallas Medical Center the address is 7 medical parkway, Farmers Branch, Tx 75234  2209 CLIENT MADE IT TO THE EMERGENCY ROOM  2214 IT WAS CONFIRMED FROM THE HOSPITAL OPERATOR LABIRAN THAT CLIENT IS IN THE HOSPITAL ER LOBBY AREA.  2216 client stated that he is still at the hospital emergency room  2316 client stated that he is still at the hospital emergency room. |
| Special Pass Contact | | | | | | | | | | |
| | Dep. Tran | Bus | Arr. Tran | Bus | Lontrell | | | | Lontrell Williams | |

| Schedule Leave | Return | Destination | | Actual Log Out Date/Time | Resident | Staff | Actual Log In Date/Time | Resident | Staff | Breathalyzer/ Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/30/2025 00:03 | 01/02/2026 09:00 | | | 12/30/2025 00:03 | | | 01/01/2026 12:17 | | | Client is headed to Dallas Medical Center the address is 7 medical parkway, Farmers Branch, Tx 75234 |
| Special Pass Contact | | | | | | | | | | 2209 CLIENT MADE IT TO THE EMERGENCY ROOM |
| | Dep. Tran | Bus | Arr. Tran | Bus | Lontrell | | | Lontrell Williams | | 2214 IT WAS CONFIRMED FROM THE HOSPITAL OPERATOR LABIRAN THAT CLIENT IS IN THE HOSPITAL ER LOBBY AREA. |
| | | | | | | | | | | 2216 client stated that he is still at the hospital emergency room |
| | | | | | | | | | | 2316 client stated that he is still at the hospital emergency room |
| | | | | | | | | | | CLIENT STILL AT THE HOSPITAL, CURRENTLY WAITING ON FURTHER INFORMATION FROM THE DOCTOR - 0159 |
| | | | | | | | | | | 1747 STATES HE'S ON A3 CDU UNIT THE TELEPHONE NUMBER IS 972-519-1405 |
| | | | | | | | | | | verified that client is admitted in the hospital. |
| | | | | | | | | | | 2052 states they may release him tomorrow. |
| 01/06/2026 13:00 | 01/06/2026 18:00 | Luminous Sound 17120 Dallas Pkwy Dallas 75248 972-331-7040 | | 01/06/2026 13:09 | | | 01/06/2026 18:26 | | | |
| Job Search Contact | | | | | | | | | | |
| | Dep. Tran | Car | Arr. Tran | Car | Lontrell | | | Lontrell Williams | | |
| 01/06/2026 18:00 | 01/06/2026 21:00 | Target 13131 Montfort Dr Dallas 75240 972-239-8161 | | 01/06/2026 18:27 | | | 01/06/2026 21:20 | | | |
| Other Contact | | | | | | | | | | CLIENT CALLED AT 2100 CLIENT ETA 10 MINUTES |
| | Dep. Tran | Car | Arr. Tran | Car | Lontrell | | | Lontrell Williams | | |

| Schedule Leave | Return | Destination | | Actual Log Out Date/Time | Resident | Staff | Actual Log In Date/Time | Resident | Staff | Breathalyzer/ Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/09/2026 18:16<br><br>Common<br>Contact<br>972-225-5472 | 01/09/2026 20:16 | VOA<br>800 W Wintergreen Rd<br>Hutchins 75141<br><br>Dep. Tran Bus | Arr. Tran | 01/09/2026<br>18:17<br><br><br>Bus | Lontrell | ▉ | 01/09/2026<br>20:21<br><br><br>Lontrell Williams | | ▉ | CLIENT HEADED TO VOA FOR A TASK |
| 01/10/2026 17:30<br><br>Other<br>Contact | 01/10/2026 21:00 | Fitness Connection<br>2810 E Trinity Mills Rd<br>Carrollton 75006<br>972.416.2200<br>Dep. Tran Car | Arr. Tran | 01/10/2026<br>17:28<br><br><br>Car | Lontrell | ▉ | 01/10/2026<br>21:20<br><br><br>Lontrell Williams | | ▉ | 2810 e trinity mills rd carrollton tx 75006 rec pass |
| 01/14/2026 11:12<br><br>Common<br>Contact | 01/14/2026 12:15 | VOA<br>800 W. Wintergreen Rd<br>Hutchins 75141<br>972-225-5472<br>Dep. Tran Bus | Arr. Tran | 01/14/2026<br>11:12<br><br><br>Bus | Lontrell | ▉ | 01/14/2026<br>13:02<br><br><br>Lontrell Williams | | ▉ | |
| 01/14/2026 13:00<br><br>Home<br>Contact | 01/14/2026 16:00 | <br><br><br>Dep. Tran Car | Arr. Tran | 01/14/2026<br>13:02<br><br><br>Car | Lontrell | ▉ | 01/14/2026<br>15:05<br><br><br>Lontrell Williams | | ▉ | |
| 01/20/2026 17:32<br><br>Common<br>Contact<br>972-225-5472 | 01/20/2026 21:30 | VOA<br>800 W Wintergreen Rd<br>Hutchins 75141<br><br>Dep. Tran Car | Arr. Tran | 01/20/2026<br>20:08<br><br><br>Car | Lontrell | ▉ | 01/20/2026<br>21:36<br><br><br>Lontrell Williams | | ▉ | |
| 01/21/2026 07:00<br><br>Other<br>Contact | 01/21/2026 13:00 | Rose Aesthetics<br>8100 Dallas Parkway<br>Plano 75024<br>214.522.7870.<br>Dep. Tran Car | Arr. Tran | 01/21/2026<br>07:28<br><br><br>Car | Lontrell | ▉ | 01/21/2026<br>11:58<br><br><br>Lontrell Williams | | ▉ | |
| 01/31/2026 15:15<br><br>Common<br>Contact | 01/31/2026 18:30 | VOA<br>800 W. Wintergreen Rd<br>Hutchins 75141<br>972-225-5472<br>Dep. Tran POV | Arr. Tran | 01/31/2026<br>15:17<br><br><br>POV | Lontrell | ▉ | 01/31/2026<br>19:08<br><br><br>Lontrell Williams | | ▉ | UA |

| Schedule Leave | Return | Destination | | Actual Log Out Date/Time | Resident | Staff | Actual Log In Date/Time | Resident | Staff | Breathalyzer/ Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/02/2026 15:30 | 02/02/2026 19:30 | VOA 800 W Wintergreen Rd Hutchins 75141 | | 02/02/2026 17:12 | | | 02/02/2026 19:43 | | | |
| Common Contact 972-225-5472 | Dep. Tran | Car | Arr. Tran | Car | Lontrell | | | | Lontrell Williams | |
| 02/04/2026 15:20 | 02/04/2026 17:01 | VOA 800 W. Wintergreen Rd Hutchins 75141 972-225-5472 | | 02/04/2026 15:20 | | | 02/04/2026 17:04 | | | per ms.c evans |
| Common Contact | Dep. Tran | Bus | Arr. Tran | Bus | Lontrell | | | | Lontrell Williams | |
| 02/04/2026 17:01 | 02/04/2026 19:30 | | | 02/04/2026 17:04 | | | 02/04/2026 17:04 | | | |
| Home Contact | Dep. Tran | Car | Arr. Tran | Car | Lontrell | | | | Lontrell Williams | |
| 02/04/2026 17:06 | 02/04/2026 19:06 | | | 02/04/2026 17:07 | | | 02/04/2026 19:26 | | | CLIENT HEADED HOME FROM VOA |
| Home Contact | Dep. Tran | Bus | Arr. Tran | Bus | Lontrell | | | | Lontrell Williams | |
| 02/05/2026 09:14 | 02/05/2026 13:00 | VOA 800 W. Wintergreen Rd Hutchins 75141 972-225-5472 | | 02/05/2026 09:13 | | | 02/05/2026 13:12 | | | |
| Common Contact | Dep. Tran | Car | Arr. Tran | Car | Lontrell | | | | Lontrell Williams | |
| 02/05/2026 13:00 | 02/05/2026 18:00 | Creative Multi Set Studio 1228 W Scyene Rd Mesquite 75149 214-609-2574 | | 02/05/2026 13:12 | | | 02/05/2026 17:18 | | | |
| Job Search Contact | Dep. Tran | Car | Arr. Tran | Car | Lontrell | | | | Lontrell Williams | |
| 02/06/2026 15:00 | 02/06/2026 18:00 | Town East Mall 1629 N. Town East Blvd Mesquite 75150 214-302-2960 | | 02/06/2026 16:05 | | | 02/06/2026 18:13 | | | |
| Other Contact | Dep. Tran | Car | Arr. Tran | Car | Lontrell | | | | Lontrell Williams | |

| Schedule Leave \| Return | Destination | Actual Log Out Date/Time \| Resident \| Staff | Actual Log In Date/Time \| Resident \| Staff | Breathalyzer/ Comments |
|---|---|---|---|---|
| 02/06/2026 18:00  02/06/2026 21:00<br><br>Other<br>Contact | Pleasant Oak Recreation<br>8701 Greenmound<br>Dallas            75227<br>(214) 670-0945 | 02/06/2026<br>18:13 | 02/06/2026<br>21:34 | CLIENT STATED DURING HIS CALL TIME HE WILL BE 15 MINUTES LATE DUE TO TRAFFIC CLIENT WILL CALL EVERY 15 MINUTES UPON ARRIVAL |
| | Dep. Tran    Car | Arr. Tran    Car    Lontrell | Lontrell Williams | SPOKE WITH CLIENT AT 2113 CLIENT STATED THAT HE WAS IN A WRECK AND THAT  THE CAR HE WAS IN FLIPPED 4 TIMES, I ASKED CLIENT WAS HE OKAY AND WAS HE GOING TO WAIT ON THE POLICE TO ARRIVE. CLIENT STATED NO AND SINCE HE WAS NOT HURT HE IS ABOUT TO JUMP IN TH CAR WITH SOMEONE ELSE. I ASKED THE CLIENT WAT HIS ETA WOULD BE AND HE STATED 15 MORE MINUTES. THE OCS WAS NOTIFIED ABOUT THIS MATTER AT 2115. |
| 02/09/2026 17:26  02/09/2026 19:26<br><br>Common<br>Contact | VOA<br>800 W. Wintergreen Rd<br>Hutchins        75141<br>972-225-5472 | 02/09/2026<br>17:27 | 02/09/2026<br>19:26 | |
| | Dep. Tran    Bus | Arr. Tran    Bus    Lontrell | Lontrell Williams | |
| 02/09/2026 19:26  02/09/2026 21:00<br><br>Home<br>Contact | | 02/09/2026<br>19:27 | 02/09/2026<br>21:01 | |
| | Dep. Tran    Bus | Arr. Tran    Bus    Lontrell | Lontrell Williams | |
| 02/19/2026 16:00  02/19/2026 20:00<br><br>Common<br>Contact<br>972-225-5472 | VOA<br>800 W Wintergreen Rd<br>Hutchins        75141 | 02/19/2026<br>16:20 | 02/19/2026<br>19:32 | |
| | Dep. Tran    Car | Arr. Tran    Car    Lontrell | Lontrell Williams | |

| Schedule Leave | Return | Destination | | Actual Log Out Date/Time | Resident | Staff | Actual Log In Date/Time | Resident | Staff | Breathalyzer/ Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/21/2026 14:51 | 02/21/2026 16:15 | VOA 800 W Wintergreen Rd Hutchins 75141 | | 02/21/2026 14:52 | | | 02/21/2026 16:49 | | | 1620 client stated he is at voa drive way 4:31pm client stated he is outside voa |
| Common Contact 972-225-5472 | | Dep. Tran | Car | Arr. Tran | Car | Lontrell | | | Lontrell Williams | |
| 02/21/2026 16:49 | 02/21/2026 18:30 | | | 02/21/2026 16:49 | | | 02/21/2026 19:27 | | | |
| Home Contact | | Dep. Tran | Bus | Arr. Tran | Bus | Lontrell | | | Lontrell Williams | |
| 02/26/2026 14:00 | 02/26/2026 17:00 | TJ Maxx 160 E Stacy Rd Allen 75002 9726780980 | | 02/26/2026 14:08 | | | 02/26/2026 17:11 | | | |
| Other Contact | | Dep. Tran | Car | Arr. Tran | Car | Lontrell | | | Lontrell Williams | |
| 02/27/2026 17:00 | 02/27/2026 21:30 | Murphy Central 550 N Murphy Rd, Allen 75002 9724684444 | | 02/27/2026 16:59 | | | 02/27/2026 21:33 | | | |
| Other Contact | | Dep. Tran | Car | Arr. Tran | Car | Lontrell | | | Lontrell Williams | |
| 03/03/2026 19:15 | 03/03/2026 21:15 | VOA 800 W. Wintergreen Rd Hutchins 75141 972-225-5472 | | 03/03/2026 19:18 | | | 03/03/2026 21:21 | | | |
| Common Contact | | Dep. Tran | Bus | Arr. Tran | Bus | Lontrell | | | Lontrell Williams | |
| 03/13/2026 18:56 | 03/13/2026 19:56 | VOA 800 W Wintergreen Rd Hutchins 75141 972-225-5472 | | 03/13/2026 18:56 | | | 03/13/2026 20:07 | | | CLIENT HEADED TO VOA FOR TASK |
| Common Contact | | Dep. Tran | Bus | Arr. Tran | Bus | Lontrell | | | Lontrell Williams | |
| 03/13/2026 20:07 | 03/13/2026 21:15 | | | 03/13/2026 20:08 | | | 03/13/2026 21:24 | | | |
| Home Contact | | Dep. Tran | Car | Arr. Tran | Bus | Lontrell | | | Lontrell Williams | |

| Schedule Leave | Schedule Return | Destination | Actual Log Out Date/Time | Resident | Staff | Actual Log In Date/Time | Resident | Staff | Breathalyzer/ Comments |
|---|---|---|---|---|---|---|---|---|---|
| 03/22/2026 18:24 | 03/22/2026 19:00 | VOA 800 W. Wintergreen Rd Hutchins          75141 972-225-5472 | 03/22/2026 18:25 | | | 03/22/2026 18:52 | | | |
| Common Contact | | Dep. Tran  Bus | Arr. Tran  Bus | Lontrell | ███████ | Lontrell Williams | ███████ | | |
| 03/24/2026 14:00 | 03/24/2026 16:00 | LONTRELL WILLIAMS SR 12 COWBOYS WAY #607 FRISCO          75034 901-337-2602 | 03/24/2026 14:22 | | | 03/24/2026 15:55 | | | |
| Pass Site Contact LONTRELL WILLIAMS | | Dep. Tran  POV | Arr. Tran  POV | Lontrell | | Lontrell Williams | | | |
| 03/30/2026 17:55 | 03/30/2026 19:25 | VOA 800 W Wintergreen Rd Hutchins          75141 | 03/30/2026 19:03 | | | 03/30/2026 19:35 | | | |
| Common Contact 972-225-5472 | | Dep. Tran  Bus | Arr. Tran  Bus | Lontrell | | Lontrell Williams | | | |
| 03/30/2026 19:35 | 03/30/2026 20:45 | | 03/30/2026 19:36 | | | 03/30/2026 21:20 | | | |
| Home Contact | | Dep. Tran  Bus | Arr. Tran  Bus | Lontrell | | Lontrell Williams | | | |
| 03/31/2026 12:00 | 03/31/2026 17:00 | 24 Hr Fitness 4866 State Hwy 121 Access Rd The Colony          75056 469-237-3054 | 03/31/2026 12:13 | | | 03/31/2026 17:17 | | | |
| Job Search Contact | | Dep. Tran  Car | Arr. Tran  Car | Lontrell | | Lontrell Williams | | | |