| Date | Pass | Time | Actual Location | Time |
|---|---|---|---|---|
| 12/5/2025 | Legacy West<br>5700 Legacy Drive<br>Plano, Texas | 12:00-17:00 | 3131 Custer Road<br>Plano, Texas<br>(probably Media Studio R) | 15:40-18:00 |
| | Target<br>16731 N Coit Road<br>Dallas, Texas | 17:00-20:00 | Luminous Sound Studio<br>17120 Dallas Pkwy #100<br>Dallas, TX 75248 | 18:45-20:15 |
| 12/6/2025 | Anytime Fitness<br>3131 Custer Road<br>Plano, Texas | 14:00-18:00 | 5840 Legacy Circle<br>Plano, Texas | 14:30-18:00 |
| 12/15/2025 | No pass | | Luminous Sound Studio<br>17120 Dallas Pkwy #100<br>Dallas, TX 75248 | 14:50-17:50 |
| 12/22/2025 | Luminous Sound Studio<br>17120 Dallas Pkwy #100<br>Dallas, TX 75248 | 13:00-18:00 | The Town Homes at Legacy Town Center<br>7424 Bishop Road<br>Plano, Texas | 14:00-15:30 |
| 12/23/2025 | No pass | | 5752 Grandscape Blvd, Suite 150<br>The Colony, TX 75056<br>(Escape Room) | 13:40-14:40 |
| 1/6/2026 | Target<br>13131 Montfort Drive<br>Dallas, Texas | 18:00-21:00 | Luminous Sound Studio<br>17120 Dallas Pkwy #100<br>Dallas, TX 75248 | 18:00- 20:00 |
| 1/7/2026 | No pass | | Luminous Sound Studio<br>17120 Dallas Pkwy #100<br>Dallas, TX 75248 | 14:15-18:00 |
| 1/31/2026 | No pass | | 24 Hour Fitness<br>4866 State Highway 121<br>Lewisville, Texas | 17:45-18:35 |
| 2/6/2026 | Town East Mall<br>1629 N. Town Eaest Blvd.<br>Mesquite, Texas | 15:00-18:00 | Prophecy Film Studio<br>1228 W Scyene Road, Suite 118<br>Mesquite, Texas | 17:40-20:00 |
| | Pleasant Oak Recreation<br>8701 Greenmound Avenue<br>Dallas, Texas | 18:00-21:00 | He gets in a car accident at 9 pm on the DNT.<br>Trying to track down the report. | |
| 2/24/2026 | No pass | | 24 Hour Fitness<br>4866 State Highway 121<br>Lewisville, Texas | 13:30-15:30 |
| 2/24/2026 | No pass | | Crest Cadillac<br>6280 State Hwy 121<br>Frisco, Texas | 15:50-16:10 |
| 2/26/2026 | TJ Maxx<br>160 E. Stacy Road<br>Allen, Texas | 14:00-17:00 | Sneaker Haven<br>875 Watters Creek Blvd<br>Allen, Texas | 15:00-16:40 |
| 2/27/2026 | Murphy Central<br>550 N. Murphy Road<br>Allen, Texas | 17:00-21:30 | Prophecy Film Studio<br>1228 W Scyene Road, Suite 118<br>Mesquite, Texas | 18:05-19:55 |

| 3/3/2026 | No pass | | 24 Hour Fitness<br>4866 State Highway 121<br>Lewisville, Texas | 12:45-15:40 |
|---|---|---|---|---|