12/5



> ↘ Received

12/5/2025 9:35:20 AM

What day is the shoot?

↖ Sent

**+19012835826**

12/5/2025 9:35:44 AM

Ok bet send fine shit slim thick and thick shit

↖ Sent

**+19012835826**

12/5/2025 9:35:51 AM

Today at 4



↘ Received

12/5/2025 12:00:40 PM

what's the addy? gotta setup everything so it runs smooth



↖ Sent

**+19012835826**

12/5/2025 1:23:02 PM

3131 Custer Rd
Plano, TX 75075
United States



**12/6**



**12/15**



**12/23**



1/6



1/6/2026 8:33:23 AM

Loved "Waddup don't forget to send addy I need to make travel arrangements "

+19012835826

↖ Sent
1/6/2026 8:33:29 AM

Damn I forgot wop

+19012835826

↖ Sent
1/6/2026 8:33:31 AM

My bad

+19012835826

↖ Sent
1/6/2026 8:33:46 AM

17120 Dallas Pkwy
Unit 100
Dallas, TX 75248
United States



↘ Received
1/6/2026 4:33:05 PM

Send lo



+19012835826

↖ Sent
1/6/2026 4:48:36 PM

17120 Dallas Pkwy
Unit 100
Dallas, TX 75248
United States

**1/7**

1/7/2026 1:24:44 PM

Send the lo

+19012835826

Sent

1/7/2026 1:26:00 PM

17120 Dallas Pkwy
Unit 100
Dallas, TX 75248
United States

Received

1/7/2026 3:08:15 PM

Lmk if u leave

+19012835826

Sent

1/7/2026 3:08:24 PM

Okok

**1/31**

+18336001242

Received

1/31/2026 3:47:27 PM

Welcome to our club, Lontrell, and congrats on taking the first step! Download the 24GO app to start your free trial of our premium content: https://link.24go.co/rVfnZ55Koob . I'm here for questions - reply or swing by! - 24 Hour Fitness

Brett R, 24 Hour Fitness

2/6



2/26

**+19013372602**

↘ Received

2/25/2026 1:15:32 PM

The shoot will begin at 1:00pm and take around 1 hour. He will have a $2,000 shopping budget. This will take place at Sneaker Haven - 873 Watters Creek Blvd. Allen, TX

A couple of other notes ahead of taping tomorrow are below.

Wardrobe: Please refrain from wearing any logos, bold prints or plain white shirts, as these are
generally not camera friendly.
Hair & Make-up: Please arrive camera ready. Hair and make-up will be provided for touch-ups
only unless otherwise discussed in advance.
ADDITIONAL INFORMATION:
• Please be aware there will be an on-set Photographer. Please let me know if you have any
concerns

2/27

**+19013372602**

↘ Received

2/27/2026 7:16:30 AM

**+19013372602**

↘ Received

2/27/2026 7:37:01 AM

1228 W Scyene Rd Mesquite TX

**+19012835826**

↖ Sent

2/27/2026 8:38:27 AM