U.S. v. Williams, et al.
3:26-cr-00211-N

Government's Response to Def's Motion for Review of
Detention Order
Government's Exhibit 1



FILED-USDC-NDTX-DA
'26 JUN 25 PM4:18
JJF